BURNS v. COLONY DODGE, INC.

No. 319P83.

Case below: 61 N.C. App. 752.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 September 1983. Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 7 September 1983.

DAVIDSON v. WINSTON-SALEM/FORSYTH CO. BD. OF EDUCATION

No. 347P83.

Case below: 62 N.C. App. 489.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.

HOMEOWNERS' ASSOCIATION v. PARKER AND HOMEOWNERS' ASSOCIATION v. LAING

No. 330P83.

Case below: 62 N.C. App. 367.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 September 1983.

HUGHES v. CITY OF HIGH POINT

No. 294P83.

Case below: 62 N.C. App. 107.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

IN RE GRAHAM

No. 389P83.

Case below: 63 N.C. App. 146.

Petition by Graham for discretionary review under G.S. 7A-31 denied 7 September 1983.